[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-12103
Non-Argument Calendar

_____

D.C. Docket No. 6:17-cr-00178-CEM-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL DALE BARTON, SR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 10, 2018)

Before MARCUS, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

Jenny Devine, appointed counsel for Daniel Barton in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Barton's conviction and sentence are **AFFIRMED**.